UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**F I L E D**
OCT 21 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:21-CR-21-GFVT

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

V.   **MOTION OF UNITED STATES TO SEAL INDICTMENT, THIS MOTION, AND SUBSEQUENT PLEADINGS**

| | |
|---|---|
| EDWARD LEONIDAS LEWIS | DEFENDANT |

\* \* \* \* \*

The United States moves to seal the indictment, this motion, and subsequent pleadings pending Defendant's arrest. Upon Defendant's arrest, the United States moves the court to unseal the indictment and all subsequent pleadings.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: *David A. Marye*
David A. Marye
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4873
FAX (859) 233-2747
David.Marye@usdoj.gov