UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**

OCT 21 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:21-CR-21-GFVT

UNITED STATES OF AMERICA                                              PLAINTIFF

V.    **ORDER SEALING INDICTMENT, MOTION, AND SUBSEQUENT PLEADINGS**

**EDWARD LEONIDAS LEWIS**                                             DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending the Defendant's arrest. Upon the arrest of the Defendant, the indictment and all pleadings shall be unsealed.

On this _21_ day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copy:   David A. Marye, Assistant United States Attorney