UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:21-cr-21-GFVT

Eastern District of Kentucky
FILED
OCT 21 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA                                    PLAINTIFF

V.        **MOTION OF UNITED STATES FOR ARREST WARRANT**

**EDWARD LEONIDAS LEWIS**                                    DEFENDANT

\* \* \* \* \*

The United States moves the Court for the issuance of an arrest warrant. The Defendant, EDWARD LEONIDAS LEWIS, has been indicted for felony violations of federal law.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: *David A. Marye*
David A. Marye
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4873
FAX (859) 233-2747
David.Marye@usdoj.gov