UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

**Eastern District of Kentucky**
**FILED**
**OCT 21 2021**
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:21-cr-21-GFVT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **ORDER ISSUING ARREST WARRANT** |
| **EDWARD LEONIDAS LEWIS** | **DEFENDANT** |

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for an arrest warrant is GRANTED, and a warrant shall issue for the Defendant, EDWARD LEONIDAS LEWIS.

On this 21 day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
David A. Marye, Assistant United States Attorney