Eastern District of Kentucky
FILED

OCT 25 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:21-CR-00021-GFVT

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION OF UNITED STATES TO UNSEAL INDICTMENT AND PLEADINGS**

**EDWARD LEONIDAS LEWIS**     DEFENDANT

\* \* \* \* \*

The Defendant was arrested on October 22, 2021. Therefore, the United States moves to unseal the indictment and other pleadings that were sealed by the Order of October 21, 2021.

Respectfully submitted,

CARLTON S. SHIER, IV.
ACTING UNITED STATES ATTORNEY

By: /s/ David A. Marye for:
David A. Marye
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4873
FAX (859) 233-2658
David.Marye@usdoj.gov