UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:21-CR-00021-GFVT

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.        **ORDER UNSEALING INDICTMENT AND PLEADINGS
          ONLY AS TO DEFENDANT DAVID J. JACKSON**

EDWARD LEONIDAS LEWIS                                                         DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States to unseal the indictment and other pleadings sealed by the Order of October 21, 2021 are UNSEALED.

On this _____ day of _____, 2021.

_____
MAGISTRATE JUDGE MATTHEW A. STINNETT

Copies:     David A. Marye, Assistant United States Attorney