UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Frankfort Case No.  21-21-GFVT-MAS          At  Lexington        Date  October 26, 2021

USA vs Edward Leonidas Lewis       x  present    x  custody    ___ bond    ___ OR    Age ___

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned him, and advised him of his constitutional rights, the pending charges, and the possible penalties. United States Probation Officer Brittany Cardin also present. The United States orally moved for pretrial detention pursuant to 18 U.S.C. § 3142(f)(1) (E).

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | G. Todd Bradbury for David A. Marye |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant       Trevor Nichols        x  present    x  retained    ___ appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__3-21-cr-21-GFVT-MAS_20211026_112631

PROCEEDINGS:  **INITIAL APPEARANCE AND ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Indictment given to the defendant. |
| X | Defendant states true name is as stated on Indictment. |
| X | Defendant advised the Court that he/she will retain counsel. |
| | Defendant request that the Court appoint counsel. |
| | Financial Affidavit executed & filed. |
| | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| | Ordered _____ is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Defendant waives formal arraignment. |
| X | Defendant waives reading of Indictment - Information.   _ Indictment - Information read. |
| X | Defendant pleads ___ Guilty to Counts ___   x Not guilty to Counts ALL |
| X | Assigned for **Detention Hearing** on October 29, 2021 at 2:00 p.m. in Lexington before Magistrate Judge Edward B. Atkins. |
| X | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| X | Assigned for **JURY TRIAL** on January 3, 2022, at 10:00 a.m. before Judge Gregory F. Van Tatenhove in Frankfort; counsel present at 9:30 a.m. |
| X | Number of days expected for trial 3. |
| X | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| X | The United States advised it is fulfilling victim notification duties, as necessary. |
| | Defendant to remain on bond, conditions of release. |
| X | Defendant remanded to custody of the USM. |
| X | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:  COR, USP, USM, D, JC,Frank. Clerk    Initials of Deputy Clerk: slh        TIC:/ 9



Signed By:
Matthew A. Stinnett
United States Magistrate Judge