UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – GENERAL

Case No.   21-021- GFVT-EBA-1           At   Lexington           Date   October 29, 2021

USA vs. Edward Leonidas Lewis           x  present    x  custody    ___ bond    ___ OR    Age ___

Docket Entry:  The parties appeared for detention hearing as noted.  The Court heard testimony of three witnesses, and arguments of counsel regarding the United States' Motion for Pretrial detention of the defendant.

PRESENT:   HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Dulce Combs | Audio File | | David A. Marye |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Trevor M. Nichols           x  present    x  retained    ___ appointed

I, Dulce Combs, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__3-21-CR-00021-GFVT-EBA_20211029_132933

PROCEEDINGS:       **DETENTION HEARING**

_X_  Oral motion for pretrial detention       ___ GRANTED    ___ DENIED   _X_  TAKEN UNDER ADVISEMENT

___  Hearing on motion of U.S. for pretrial detention **CONTINUED.**

_X_  Defendant remanded to custody.

___  Defendant released on conditions.

Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**

Copies:  COR, USP, USM        Initials of Deputy Clerk: dc        TIC: /   1:16 min