AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

| USA<br>V.<br>EDWARD LEONIDAS LEWIS | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 3:21-CR-021-GFVT-EBA |
|---|---|

| PRESIDING JUDGE<br>Edward B. Atkins | PLAINTIFF'S ATTORNEY<br>David A. Marye | DEFENDANT'S ATTORNEY<br>Trevor Nichols |
|---|---|---|
| TRIAL DATE (S)<br>October 29, 2021 | COURT REPORTER<br>ECR | COURTROOM DEPUTY<br>Dulce Combs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/29/2021 | | | LORY LEWIS - NEIGHBOR |
| 2 | | 10/29/2021 | | | JAMES PENNINGTON - FORMER FATHER IN LAW |
| 3 | | 10/29/2021 | | | AGENT WILER ANTHONY GETSON (DETECTIVE) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages