**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
**F I L E D**

NOV 18 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 3:21-CR-00021-S-GFVT-EBA**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

V.      **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**EDWARD LEONIDAS LEWIS**                            **DEFENDANT**

\*   \*   \*   \*   \*

The United States moves the Court for an arraignment. The Grand Jury has returned a superseding indictment against the Defendant, **EDWARD LEONIDAS LEWIS**, for felony violations of federal law.

                                     Respectfully submitted,

                                     CARLTON S. SHIER, IV
                                     ACTING UNITED STATES ATTORNEY

By:    /s/ David A. Marye
                                     David A. Marye
                                     Assistant United States Attorney
                                     260 W. Vine Street, Suite 300
                                     Lexington, Kentucky 40507-1612
                                     (859) 685-4873
                                     FAX (859) 233-2747
                                     David.Marye@usdoj.gov