Eastern District of Kentucky
FILED

NOV 1 8 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

CRIMINAL ACTION NO. 3:21-CR-00021-S-GFVT-EBA

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                    **ORDER SETTING ARRAIGNMENT**

**EDWARD LEONIDAS LEWIS**                                    DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for an arraignment date is GRANTED. The arraignment for the Defendant, **EDWARD LEONIDAS LEWIS**, on the superseding indictment, shall be scheduled for _the 29th of_, November, 2021, at _10:00 a_. m., in Lexington, Kentucky.

On this _18_ day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          David A. Marye, Assistant United States Attorney
          Trevor M. Nichols, Attorney for the Defendant
          David J. Guarnieri, Attorney for the Defendant