UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Frankfort Case No. 21-cr-21-S-GFVT-EBA-1      At  Lexington      Date November 29, 2021

USA vs Edward Leonidas Lewis       X present     X custody     ___ bond     ___ OR     Age ___

DOCKET ENTRY: The Court conducted the Defendant's arraignment on the Superseding Indictment and advised him of his constitutional rights.

PRESENT:  HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Kimberly Marsh | Audio File | None | David A. Marye |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Def.  Trevor Nichols and David Guarnieri    X present    X retained    ___ appointed

I, Kimberly Marsh, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__3-21-CR-21-GFVT-EBA-1_20211129_093746.

PROCEEDINGS:  **ARRAIGNMENT on Superseding Indictment**

- X  Copy of Superseding Indictment given to the defendant.
- X  Defendant states true name is as stated on the indictment.
- ___ Defendant advised the Court that he/she will retain counsel.
- ___ Defendant request that the Court appoint counsel.
- ___ Financial Affidavit executed & filed.
- ___ Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA.
- ___ Ordered _____ is appointed Attorney under the CJA.
- X  Defendant advised of Constitutional Rights.
- X  Defendant advised of the nature of charges and possible penalties.
- X  Defendant waives formal arraignment.
- X  Defendant waives reading of Indictment - Information.   ___ Indictment - Information read.
- X  Defendant pleads  ___ Guilty to Counts ___    X Not guilty to Counts ALL
- X  PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order previously entered.
- X  **JURY TRIAL** remains scheduled for January 3, 2022 at 10:00 a.m. in FRANKFORT before Judge Gregory F. Van Tatenhove; counsel to be present at 9:30 a.m.
- X  Number of days expected for trial 3 days
- ___ The Court covered standard collateral consequences and notification rights tied to non-citizen status.
- X  The United States advised it is fulfilling victim notification duties, as necessary
- ___ Defendant to remain on bond, conditions of release.
- X  Defendant remanded to custody of the USM.
- ___ USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant).

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

Copies:  COR, USP, USM, D, JC       Initials of Deputy Clerk: km       TIC:/5