UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL ACTION NO.: 3:21-cr-00021-GFVT-EBA

*FILED ELECTRONICALLY*

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                           **MOTION TO SUPPRESS**

EDWARD LEONIDAS LEWIS                                          DEFENDANT

\* \* \* \* \*

Comes the Defendant, Edward Leonidas Lewis, by counsel, and pursuant to the Court's Standing Pretrial and Trial Management Order [DE 13-1], respectfully moves the Court to Suppress evidence obtained in the execution of the February 25, 2021 Search Warrant in this matter for the reasons that the affidavit submitted in support thereof lacks probable cause for the search and because it contains misrepresentations and material omissions which affected the issuing judge's analysis. In further support of his Motion, Mr. Lewis' Memorandum of Law is attached.

        Respectfully submitted,

        MCBRAYER PLLC
        201 E. Main Street, Suite 900
        Lexington, KY  40507
        (859) 231-8780
        dguarnieri@mcbrayerfirm.com
        tnichols@mcbrayerfirm.com

        */s/ David J. Guarnieri*
        DAVID J. GUARNIERI (KY BAR 86252)
        TREVOR M. NICHOLS (KY BAR 98133)
        ATTORNEYS FOR DEFENDANT,
        EDWARD LEONIDAS LEWIS

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of November, 2021, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ David J. Guarnieri*
                                                DAVID J. GUARNIERI

4884-0231-8596, v. 1