| | | |
|---|---|---|
| AOC - 340<br>11-87<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>Ky. Const. §10; RCr 13.10 | <br><br>**SEARCH WARRANT** | Case No.: _____<br><br>Court:<br><br>County: Franklin |

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

Proof by affidavit having this day been made before me by <u>Det. WA Gatson</u>, a peace officer of the <u>Kentucky State Police</u>, that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; you are commanded to make immediate search of the premises known and numbered as:

**147 Meredith Avenue
Frankfort KY 40601**

and more particularly described as follows:

Beginning at the Franklin County Courthouse 222 St Clair St, Frankfort, KY 40601, Head northeast on St Clair St toward W Main St and travel 223 feet. Turn right at the 1st cross street onto W Main St and travel 1.8 miles. Turn right onto Rolling Acres Drive and travel 0.2 miles. Turn left onto Meredith Ave and travel 52 feet. The destination will be on the right.

The residence is on the corner of Rolling Acres Drive and Meredith Ave. The residence appears to be a red brick residence. There is a concrete side walk that leads from the roadway to the front door. The front door is white. There is a double window to the right of the front door. There is a double window of the left of the front door. There is a single window to the left of that window. All the windows have black shutters. The shutter to the right of the front door is marked 147.

The residence appears to be a red brick residence. There is a concrete side walk that leads from the roadway to the front door. The front door is white. There is a double window to the right of the front door. There is a double window of the left of the front door. There is a single window to the left of that window. All the windows have black shutters. The shutter to the right of the front door is marked 147.



EXHIBIT A

and/or in a vehicle or vehicles described as: Any and all vehicles located on said property,

and/or on the person or persons of: Any and all persons located on said property,

and seize the following described personal property, to wit:

Any and all computers, hard drives, zip drives, data bases, software, diskettes, floppy disks, CDs, DVDs, cell phones, USB/thumb drives, printers and/or any other electronic devices and/or their components of any kind capable of printing, recording, storing, transferring and/or disseminating documents, notes, calculations, schedules, spread sheets and/or any other information and/or data of any kind including any and all books or manuals that may contain sexually explicit reproductions of a child's image, voice, or handwriting; including sexually explicit photographs, negatives, slides, magazines, movies, videotapes, audiotapes, and pictures or computer generated images or pictures, whether made or produced by electronic, mechanical or other means of sexually explicit conduct or visual depiction of a child including undeveloped film or videotape and data stored on computer disk by electronic means which is capable of conversion into a visual image, or material relating to children that serves a sexual purpose for a given individual, including toys, games, drawings, fantasy writings, diaries, souvenirs, sexual aids, manuals, letters, books about children, psychological books on pedophilia and ordinary photographs of children.

Visually explicit images, whether on paper or its equivalent, stored in electronic, magnetic, or other computer format including such images as stored within computer storage devices and other computer media depicting any child known or reasonably believed to be under the age of 18 years of age, in which the child is actually or by simulation engaged in any act of sexual intercourse with any person or animal; Actually or by simulation engaged in any act of sexual contact involving the sex organs of the child and the mouth, anus or sex organs of the child and the sex organs of another person or animal; Actually or by simulation engaged in any act of masturbation; Actually or by simulation portrayed as being the object of, or otherwise engaged in, any act of lewd fondling, touching, caressing involving another person or animal; Actually or by simulation engaged in any act of excretion or urination within a sexual context; Actually or by simulation portrayed or depicted as bound, fettered, or subject to sadistic, masochistic, or sadomasochistic abuse in any sexual context; or Depicted or portrayed in any pose, posture or setting involving a lewd exhibition of the unclothed genitals, pubic area, buttocks or, if such person is female, a fully or partially developed breast of the child.

Computer systems, including, but not limited to system components, input devices, output devices, data storage devices, data transmission devices and network devices; and Computer media; and other material relating to computer systems and the Internet including, but not limited to documentation, operating system software, application or access program disks, manuals, books, brochures, or notes; and Computer access codes, usernames, log files, configurations files and passwords; and Any and all evidence related to ownership, control or use of the safe deposit box, files, logs and accounts.

I understand that Touch ID is available on many mobile devices that can be used to access, distribute or possess files of CSE. Touch ID will not unlock a device, however, unless it has been enabled by the user and the user has registered the fingerprint(s) that they wish to use to unlock the device. If any said mobile device is on scene, and no passwords are obtained, then it is hereby ORDERED that the registered user on said device shall unlock the device with the registered user's fingerprint/identifiers, so long as the affiant then possesses a reasonable suspicion that the registered user has committed a criminal act that is the subject matter of this Search Warrant; that the registered user is the user of said device; and that the registered user's biometric features will unlock the device.

I am further authorizing the removal of the computer system(s) and related computer peripherals, storage devices, software and media to an off-site controlled environment to perform the search for the items described above.

If you find the above-described property or any part thereof, you will seize the property and deliver it forthwith to me or any other court in which the offense in respect to which the property or things taken is triable, or retain it in your custody subject to order of said court.

February 25, 2021 _____     _____ Judge
                                                       Franklin District                Court

Executed on this the __25th__ day of ~~April 2018~~ FEB 2021 WAS CMD, by __DOT WA GATSON__, of the Kentucky State Police, badge number __613__ searching said premises described herein and by seizing the following:

See Attached

Det. Anthony Gatson Unit 613
February 25th, 2021
Search Warrant Return

A-1, Samsung Galaxy Note 9, blue in color, No Identifiers

A-2, HP Pavilion Laptop computer, Model #: 3165NGW, S/N:5CD62235P

B-3, Sandisk Cruzer 4GB flash drive, Identifying number: 6DCZ36-004G

D-6, Sandisk 32GB flash drive 3.0, Identifyer: BM180126162B

D-7, Sandisk Cruzer 16 GB flash drive, Identifyer: SDOZ36-016G

D-8, Plug-To-Cam camera, ID#: C36694, LOGIN PASSWORD- 38023

D-9, Black USB Flash Drive, no make, model or identifiers

D-10, Plug-To-Cam camera, ID#: C340159, LOGIN PASSWORD- 34004

D-11, Remington 870 12GA pump shotgun, SN: RS13494K

C-12, Acer Aspire 5720Z series Laptop, Model #: ICL50

B-13, Toshiba 500GB hard drive, SN: 58OPTJ7HT SRD HDKCB36MEA01 T

B-14, QNINE NVME Enclosure with USB-C, no identifiers

B-15, Sandisk MicroSD card 512MB with adapter, ID #: 0727201699C