# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 14, 2022

Mr. David J. Guarnieri
McBrayer
201 E. Main Street
Suite 900
Lexington, KY 40507

        Re:  Case No. 22-5593, *USA v. Edward Lewis*
            Originating Case No.: 3:21-cr-00021-1

Dear Counsel,

   This appeal has been docketed as case number **22-5593** with the caption that is enclosed on a separate page.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **July 28, 2022**.  ***Additionally, the transcript order must be completed by that date***.  For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:   Appearance of Counsel
                        Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:   Appearance of Counsel
                        Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. These deadlines are important -- if the initial forms are not timely filed the appeal will be dismissed for want of prosecution.

  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                    Sincerely,

                    s/Antoinette Macon
                    Case Manager
                    Direct Dial No. 513-564-7015

cc:  Mr. David A. Marye

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 22-5593

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

EDWARD LEONIDAS LEWIS

       Defendant - Appellant