UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 3:21-cr-00021-GFVT |
| V. | ) ) | **ORDER** |
| EDWARD LEONIDAS LEWIS, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own Motion. On July 6, the Court ordered a final restitution finding in this matter be deferred for forty-five days to permit any additional victims to make their requests. [R. 51.] Forty-five days has now passed, and no further victims have requested restitution in this matter. Accordingly, it is hereby **ORDERED** that an Amended Judgment be prepared in this matter in which a final calculation of restitution is included.

This the 22d day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge